IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-334-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| AARON ALBERT GOODE, | ) |
| Defendant. | ) |

On May 11 and 12, 2022, Aaron Albert Goode ("Goode" or "defendant") requested a furlough to attend his uncle's memorial. See [D.E. 44, 45]. The United States opposes the motion. See id. at 3–4.

The court has reviewed the entire record, including defendant's offenses of conviction, criminal history, and pretrial services report. See [D.E. 11]. Notably, defendant has convictions for assault on government officials or law enforcement officer, and for second degree murder. See id. at 4–6. Defendant's motions [D.E. 44, 45] are DENIED.

SO ORDERED. This 13 day of May, 2022.

JAMES C. DEVER III
United States District Judge