IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON

5:21-CR-334-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| AARON ALBERT GOODE | ) |
| a/k/a "Tango" | |

## ORDER

Upon motion of the United States and for the reasons stated in the Government's motion, it is hereby ORDERED that Docket Entry 50 be sealed by the Clerk until further order by this Court.

This ___1___ day of ___July___, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE