IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-334-D

UNITED STATES OF AMERICA    )
                            )
           v.               )                **ORDER**
                            )
AARON ALBERT GOODE,         )
       a/k/a "Tango"

This matter is before the Court upon the motion of independent counsel W.
Michael Dowling to seal Docket Entry 60, which relates to and arises from matters
occurring before the Grand Jury. The motion is GRANTED. It is hereby ORDERED
that the Clerk shall maintain Docket Entry 60 under seal pending further order from
the Court.

SO ORDERED, this **31** day of August, 2022.

James C. Dever III
United States District Judge