FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-334-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| AARON ALBERT GOODE, | ) | |
| a/k/a "Tango" | | |

This matter is before the Court upon the motion of independent counsel W. Michael Dowling to (1) strike the appearance of attorney Mark A. Key, (2) to appoint counsel for Defendant Aaron Albert Goode, and (3) for independent counsel to be granted leave to withdraw. For good cause, the motion is GRANTED.

NOW, THEREFORE, Mr. Key's appearance shall be stricken from this case, the Federal Public Defender is DIRECTED to appoint counsel for Mr. Goode, and W. Michael Dowling is granted leave to withdraw as counsel.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the delay resulting from this continuance is hereby excluded for purposes of the Speedy Trial Act because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED, this **31** day of August, 2022.

James C. Dever III
United States District Judge